## FIRST DEPARTMENT, JANUARY TERM, 1885.

\*William Astor v. The Westchester Gas-Light Company.—Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.; Barnard, P. J., dissenting. Catharine Lockwood, Administratrix, Respond-

ent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order refusing to set aside judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

## FIRST DEPARTMENT, JANUARY, 1885.

The New England Mutual Life Insurance Company, Respondent, v. Phillipena Keller, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

George N. Manchester and another, Respondents, v. Philip Braendner, Appellant.— Judgment affirmed, with costs. Opinion by Brady, J.

Thomas J. Pope and another, Respondents, v. The Terre Haute Car and Manufacturing Company, Appellant. — Order and judgment affirmed. Opinion by Daniels, J.; Davis, P. J., dissenting.

William B. Leonard and others, Appellants, v. John Demerritt, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

James L. Flint, Respondent, v. William B. Bacon and others, Appellants. — Judgment affirmed and new trial denied. Opinion by Brady, J.

The People of the State of New York *ex rel.* Henry Eck, Respondent, v. American Female Guardian Society, Appellant.—Order reversed, writ dismissed and child recommitted to custody of appellant. Opinion by Daniels, J.; Brady, J., concurring in result.

Elias Stone, Appellant, v. Franklin Insurance Company, Respondent. — Judgment and order affirmed. Opinion by Davis, P. J.

Joseph Hillenbrand, Executor, etc., v. Herman B. Lanter. Respondent, Impleaded, etc , and Morris Pinner, Appellant. — Order affirmed, with costs and disbursements. Opinion by Brady, J.

The Colored Home and Hospital, Appellant, v. John McKinn and another, Respondents. — Order denying motion reversed, and injunction as modified continued, with costs of appeal and disbursements. Opinion by Davis, P. J.

Thomas Cockerill v. Peter Loonan. — Judgment affirmed. Opinion by Brady, J.

Daniel J. Stack, Respondent, v. Benjamin P. Fairchild, Executor, Appellant. — Judgment affirmed, with costs. Opinion by Davis, P. J.

Thomas W. Harris, Assignee, etc , Appellant, v. Lavinia Taylor and others, Respondents.— Judgment affirmed, with costs. Opinion by Brady, J.; Davis, P. J., concurring in conclusion for affirmance on the merits.

Clarence T. Sandford, Respondent, v. Louisa Pollock, Appellant. — Judgment affirmed. Opinion by Davis, P. J.

Margaret Budd, Appellant, v. Stephen A. Walker, Executor, Respondent.—Judgment reversed; order appealed from affirmed. Opinion by Brady, J.

Charles E. Berger, Respondent, v. The New York and Harlem Railroad Company, Appellant. — Judgment and order affirmed. Opinion by Daniels, J.

John F. Henry and others, Appellants, v. Edwin J. Dunning, Respondent. — Judgment and order affirmed, without costs on affirmance of order. Opinion by Davis, P. J.

William T. Riggs, Appellant, v. The Cleveland, Youngstown and Pittsburg Railway Company, Respondent (two cases). — Both orders affirmed, with ten dollars costs in one case

and disbursements in both. Opinion by Davis, P. J.; Brady and Daniels, JJ., concurring in result.

John Hone, Appellant, v. John W. De Peyster, Respondent. — Judgment reversed and new trial ordered. Opinions by Daniels, J., and by Davis, P. J., dissenting.

Hannah Deffendarfar, Appellant, v. George W. Dicks and others, Respondents. — Judgment affirmed, without costs. Opinions by Brady and Daniels, J., and by Davis, P. J., dissenting.

James Talcott, Respondent, v. Jacob Smith and Michael Smith, Appellant. — Judgment affirmed, with costs. Opinion by Brady. J.

†In the Matter of the Application of the New York Cable Railway Company for the Appointment of Commissioners. — Motion granted, and following named Commissioners appointed: Guy R. Pelton, Edward R. Bacon, Leroy B. Crane.

Ralph L. Anderton, Appellant, v. New York Concert Company, Respondent. — Order affirmed, with ten dollars costs and disbursements Opinion by Davis, P. J., Brady, J., concurring in result.

Oakville Company, Appellant, v. Double Pointed Tack Company, Respondent —Judgment affirmed, with costs Opinion by Brady, J.

George Goetting, Appellant, v. Matthias Bichler and others, Respon ents. — Judgment affirmed, with costs. Opinion by Daniels. J.

William C. Steinkampf, Appellant, v. Peter Ballantine and others, Respondents.—Judgment affirmed. Opinion by Davis, P. J.

In the Matter of John Swenarton, Respondent, v. Walter H. Shape, an Attorney, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Davis, P. J.

William F. Bonynge, Appellant, v. Emily M. Richards and others. Respondents.—Judgment affirmed. Opinion by Brady. J.

Lehigh Valley Coal Company, Respondent, v. Joseph K. Wells, Appellant. — Judgment reversed and new trial ordered, with costs to abide event, unless plaintiff shall stipulate to make deduction of $4,000, and take judgment only for balance, with interest, in which case judgment as reduced affirmed, without costs. Opinion by Davis, P. J.

The People of the State of New York, v. Universal Life Insurance Company. (Matter of Henry C. Bowen.) Order affirmed, except that portion which relates to value of policies, which is reversed; no costs to either party. Opinion by Brady, J.

Frank S. Roberts, Appellant, v. Gustave Oberbeck, Respondent.—New trial ordered, with costs to abide the event. Opinions by Brady, J., and Davis, P. J.; Daniels, J., concurring in result.

William H. Waring. Respondent. v. Moses Chamberlain, Appellant. — Judgment and order affirmed. Opinion by Davis, P. J.

Eliza B. Anderson, Respondent, v. Continental Life Insurance Company, Appellant.—Judgment and order affirmed. Opinions by Daniels and Brady, JJ., and by Davis, P. J., dissenting.

\*Reported 33 Hun, 333; see, also, *erratum* same volume.
† Decided October, 1884.